PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MCCLOUD, Scott                Case Number: A03-0128-CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, U.S. District Judge

Date of Original Sentence:    June 25, 2004

Original Offense:             Making, Uttering & Possessing Forged Securities

Original Sentence:            1 months imprisonment, 3 years supervised release

Date Supervision Commenced: July 30, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall participate in the home confinement program during non-working hours for a four-month consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The shall pay for the cost of electronic monitoring or other location verification system."

### CAUSE

The defendant was sentenced to 1 month imprisonment with 3 years of supervised release on June 25, 2004. Since that date he tested positive for the use of cocaine, and has signed an admission form to the use of cocaine on December 20, 2005, February 12, 2006 and April 8, 2006. In order to address these violations and assist the defendant with resuming his substance abuse treatment and maintain suitable employment and a suitable release plan, the probation officer recommends his conditions of supervised release be modified to include a four-month consecutive period of home confinement with electronic monitoring. The defendant signed a waiver agreeing to this modification of conditions.

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        MCCLOUD, Scott*
*Case Number             :        A03-0128-CR (JKS)*

Respectfully submitted,

*Beth A. Mader*
Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: April 13, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

John W. Sedwick
Chief U.S. District Court Judge
Date: 4-20-06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

### UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

U.S.A. v Scott McCloud                                Docket No. A03-0128 CR (JKS)

I, _Scott McCloud_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in the home confinement program during non-working hours for a four-month consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The shall pay for the cost of electronic monitoring or other location verification system."

Signed: _[signature]_   Date: 4/13/06
Scott McCloud
Probationer or Supervised Releasee

Witness: _[signature]_   Date: 4/13/06
Beth A. Mader
U.S. Probation/Pretrial Services Officer