PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NO.  NO OTHER DOCUMENT IS ATTACHED

Case 3:03-cr-00128-JKS-JDR     Document 50     Filed 04/21/2006     Page 1 of 1