

# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:     **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | McCloud, Scott Alan |
| DATE OF BIRTH: | 8/31/58 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A03-0128-CR |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | Taken on Detainer as of 6/29/06 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | ACC-E |
| ARRESTED BY: | USMS by Detainer |

REMARKS:

BOOKED IN ENGLISH:    YES  x       NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.