```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. SCOTT A. MCCLOUD           CASE NO. 3:03-cr-00128-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD JULY 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

 X Defendant sworn.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1 thru 5 of the Petition to
   Revoke Supervised Release.

 X Consent to be filed by **July 10, 2006** or case shall be
   transferred to U.S. District Judge.

 X Detention not contested. Defendant detained.

 X Order of Detention Pending Trial **FILED**.

At 9:43 a.m. court adjourned.




DATE:      July 3, 2006           DEPUTY CLERK'S INITIALS:    ak