Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>SCOTT A. MCCLOUD,<br><br>                Defendant. | Case No. 3:03-cr-0128-JKS<br><br>NOTICE OF INTENT TO ADMIT TO PETITION, filed on shortened time |

       Defendant, Scott A. McCloud, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice that he intends to admit to the first allegation of the petition to revoke supervised release. The government has agreed to dismiss the remaining allegations.

       The parties have reached a stipulation as to a disposition and would like to proceed to disposition as soon as possible after the admission is received. In particular, the parties have agreed that it is appropriate to revoke Mr. McCloud's supervised release, and to impose a sentence of "time served," and to then reimpose

supervise release. At present, Mr. McCloud has served nearly 40 days in jail not credited to any other case. Before his arrest Mr. McCloud was involved in meaningful psychological counseling, and the parties would like to see that process continued in the context of reimposed supervised release.

For the reasons set forth above, the parties request a hearing before the district court at the earliest possible date.

DATED this 10th day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on July 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni