# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JUL 10 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: A03-0128-CR (JKS) |
| vs. | WARRANT FOR ARREST |
| MCCLOUD, Scott | |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MCCLOUD, Scott and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

Date: 5/19/2006

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

RL TO USMS ON FED. DETAINER

| Date Received: 05/23/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 06/29/06 | STACY MELTON | [signed] |