IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Scott A. McCloud

CASE NO: 3:03-cr-00128-JKS

---

Defendant Scott A. McCloud

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_ Released to _____, the third party custodian(s)

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court

\_\_\_\_ Surrendered passport to the Clerk of Court

✓ Other  Release

Dated at Anchorage, Alaska this 31st day of July, 2006

REDACTED SIGNATURE
James K. Singleton,
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 10/05)