**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **THIRD AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| SCOTT A. MCCLOUD. | (Original Judgment filed 10/29/03) Case Number: 3:03-cr-00128-JKS |
| | Michael Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on __05/19/2006__ accusing defendant of _5_ violations of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Commit crime | 05/16/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _3_ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 31, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

68/01/06
Date

AO245.REV

Defendant: SCOTT A. MCCLOUD                Third Amended Judgment--Page 2 of 3
Case No.:    3:03-cr-00128-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]    probation [_]    having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of time equal to the amount
of time he has spent in custody since 5/16/06, which encompasses not only
the time that he's been in federal custody since 6/29/06, but also the
earlier time when he was exclusively in state custody. Defendant to receive
credit for time served from 5/16/06 to 7/31/06.


[_]    The court makes the following recommendations to the Bureau of
       Prisons:



[X]    The defendant is remanded to the custody of the United States Marshal.
[_]    The defendant shall surrender to the United States Marshal for this
       district,
                               a.m.
       [_]    at _____ p.m. on _____.
[_]    The defendant shall surrender for service of sentence at the
       institution designated by the Bureau of Prisons,
       [_]    before 2 p.m. on _____.
       [_]    as notified by the United States Marshal.
       [_]    as notified by the probation office.

### RETURN

       I have executed this judgment as follows:

_____

_____

_____

_____


       Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                                    _____
                                         United States Marshal

                                    By _____
                                              Deputy Marshal


AO245.REV

Defendant: SCOTT A. MCCLOUD                Third Amended Judgment--Page 3 of 3
Case No.:    3:03-cr-00128-JKS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is not [_] is[X] extended as follows:

Supervised Release is revoked and reinstated with the original expiration
date of 7/29/07.

Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV