PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Scott McCloud                     Case Number: A03-0128 CR (JKS)

Sentencing Judicial Officer:    James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:      June 24, 2005

Original Offense:               Making, Uttering & Possessing Forged Securities

Original Sentence:              1 month imprisonment with 3 years supervised release

Date Supervision Commenced: June 24, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release, release for treatment, and other releases if allowed by the rules of the Cordova Center and pre-approved by a U.S. Probation Officer. The defendant shall only be released from the 120-day term of placement at the Cordova Center upon notification by the probation officer that there is a bed available at a residential treatment facility."

### CAUSE

On September 12, 2006, the defendant reported to the U.S. Probation Office, at which time he signed an admission form to the use of cocaine on September 7, 2006, September 8, 2006, and September 9, 2006. At this appointment we discussed the issue of notifying the Court on his drug use and that treatment might be an option but it will be a decision that will be made by the Court.

The defendant currently has no stable residence and is in need of a substance abuse assessment to determine his level of care.

On September 13, 2006, the defendant signed a Waiver of Hearing to Modify Conditions of Probation and or Supervised release and agreed to the following modification of his conditions of supervised released:

*Request for Modification of Conditions or Term*
Name of Offender        :        Scott McCloud
Case Number             :        A03-0128 CR (JKS)

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release, release for treatment, and other releas3es if allowed by the rules of the Cordova Center and pre-approved by a U.S. Probation Officer. The defendant shall only be released from the 120-day term of placement at the Cordova Center upon notification by the probation officer that there is a bed available at a residential treatment facility."

The probation officer recommends that a Petition for Warrant and or Summons not be filed at this time and that the Probation Officer be allowed to have the defendant evaluated for residential treatment while residing at the Community Corrections Center.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: September 13, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

_____

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge
Date: 09/14/2006

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Scott McCloud                                    Docket No. A03-0128 CR (JKS)

      I, Scott McCloud, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release, release for treatment, and other releases if allowed by the rules of the Cordova Center and pre-approved by a U.S. Probation Officer. The defendant shall only be released from the 120-day term of placement at the Cordova Center upon notification by the probation officer that there is a bed available at a residential treatment facility."

Signed: _[signature]_                                   Date: 9-13-06
        Scott McCloud
        Supervised Releasee

Witness: **REDACTED SIGNATURE**                          Date: 9-13-06
        Beth Mader
        U.S. Probation Officer