PROB 12C
(7/93)

# United States District Court
## for the
## District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

RECEIVED
MAY 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| Name of Offender: Scott A. McCloud | Case Number: A03-0128-CR (JKS) |

Sentencing Judicial Officer:    James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:    June 25, 2004

Original Offense:    July 27, 2003

Original Sentence:    1 month imprisonment to be served consecutive with A03-0014-CR (AHB)

Date Supervision Commenced:    July 30, 2004

Asst. U.S. Attorney: Thomas Bradley          Defense Attorney: M. Dieni (FPD)

---

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that, on April 26, 2007, the defendant field tested positive for the use of cocaine. This is further supported by a signed admission form to the use of cocaine on April 22, 2007, and April 23, 2007, dated and signed on April 26, 2007. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
*Name of Offender       :        Scott A. McCloud*
*Case Number            :        A03-0128-CR (JKS)*

    2        The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that, on May 22, 2007, the defendant field tested positive for the use of cocaine. This is further supported by a signed admission form to the use of cocaine on May 22, 2007, dated and signed on May 22, 2007. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

    The term of supervised release should be:

        [X]    Revoked
        [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

                                        Respectfully submitted,

                                        REDACTED SIGNATURE
                                        Beth A. Mader
                                        U.S. Probation/Pretrial Services Officer
                                        Date: May 22, 2007

Approved by:

**Redacted Signature**
Eric D. Odegard
Supervising U.S. Probation Officer

*Petition for Warrant or Summons*
*Name of Offender*      :      Scott A. McCloud
*Case Number*           :      A03-0128-CR (JKS)

## THE COURT ORDERS

[ ]   *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[X]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge

5/22/07
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case Number: A03-0128-CR (JKS) |
| vs. | ) ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| Scott A. McCloud | ) ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Scott A. McCloud, and in that capacity declare as follows:

The defendant was sentenced to a term of imprisonment for one month to be served consecutive to a probation revocation, case number A03-0014-CR (AHB) with three years supervised release to follow. On July 30, 2005, the defendant was released from the Cordova Center and the defendant's supervision commenced.

On April 26, 2007, the defendant reported to the office and provided a urinalysis which field tested positive for cocaine. The defendant admitted to having used cocaine on April 22, 2007, and signed an admission form. An incremental sanctions meeting was held at this time and the defendant was instructed to provide documentation that he admitted his use of cocaine to his sober support group, to include his treatment counselor at the Men's and Women's Center.

On May 22, 2007, the defendant reported to the office and provided a urinalysis which field tested positive for cocaine. The defendant admitted to having used cocaine on May 22, 2007, and signed an admission form. An incremental sanctions meeting was held at this time and the defendant was instructed to turn over the work keys to the work truck (trucking employment) he had driven to the office and to call a family member to pick him up. The defendant was advised that the Court will be notified of his recent drug use and he is to report to the U.S. Probation office each day until further notice. Additionally, the defendant's sober support group to include his treatment counselor at the Men's and Women's Center was notified of his drug use.

Executed this 22nd day of May, 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth Mader
U.S. Probation Officer

*Summons Information:*

| | |
|---|---|
| Name: | Scott A. McCloud |
| DOB: | August 31, 1958 |
| SS#: | 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 |
| Address: | 2004 West 47th |
| | Anchorage, AK 99517 |
| Phone: | 248-2168 |