AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
MAY 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:03-cr-00128-JKS |
| Scott A. McCloud redacted 7 | ORIGINAL |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: U.S. Magistrate Judge John D. Roberts | Date and Time<br>June 19, 2007 at 1:30 p.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Probation Violation Petition

Charging you with a violation of:

2 violations of a Special Condition of Supervised Release

Brief description of offense:  Use of Controlled Substance

Ida Romack, Clerk of Court
Signature of Issuing Officer

redacted signature    Deputy Clerk
Name and Title of Issuing Officer

May 25, 2007 at Anchorage, Alaska
Date and Location

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:¹ _Troy L. Meeks_   Date: _05/29/2007_

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _777 W. 7th Ave Anchorage, AK  Probation Office_

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _05/29/2007_   Randy M. Johnson
Date                         Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.