MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __SCOTT A. MCCLOUD____ CASE NO._3:03-CR-00128-JKS____
Defendant: _X_Present _X_On Summons

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____SAMANTHA LARK / APRIL KARPER_____

UNITED STATES' ATTORNEY:___RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY:_____MICHAEL DIENI - APPOINTED_____

U.S.P.O.:_____BETH MADER_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
            RELEASE (DKT 66) HELD 06/19/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:50 p.m. court convened.

_X_Copy of Petition to Revoke Supervised Release given to
defendant.

_X_Defendant sworn.

_X_Defendant stated true name:_Same as above._____

_X_Defendant advised of general rights.

_X_Financial Affidavit **FILED.**

_X_Federal Public Defender accepted appointment; FPD notified.

_X_Defendant **DENIED** allegations _1 and 2 of the Petition to Revoke
Supervised Release._

_X_Consent to Proceed before U.S. Magistrate Judge **FILED.**

_X_Evidentiary Hearing on Petition to Revoke Supervised Release
set for _**June 27, 2007 at 9:30 a.m.**_____

_X_Order Setting Conditions of Release **FILED.**

_X_OTHER:_Court and counsel heard re plaintiff's oral motion to
release the defendant with conditions; **GRANTED.**_____

At 2:04 p.m. court adjourned.


DATE:_June 19, 2007_____DEPUTY CLERK'S INITIALS:_sal/amk__

Revised 6-18-07