MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. **SCOTT MCCLOUD**     CASE NO. **3:03-CR-00128-JKS**
Defendant: **X** Present **X** On Bond

BEFORE THE HONORABLE: **JOHN D. ROBERTS**

DEPUTY CLERK/RECORDER: **CHAD WILTS**

UNITED STATES' ATTORNEY: **RETTA-RAE RANDALL**

DEFENDANT'S ATTORNEY: **MICHAEL DIENI**

U.S.P.O.: **BETH MADER**

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
RELEASE (DKT 66) HELD 6/27/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:36 a.m. court convened.

Defendant sworn.

Defendant **ADMITTED** allegation 1 of the Petition to Revoke Supervised Release (DKT 66).

Allegation 2 of the Petition to Revoke Supervise Release (DKT 66) to be dismissed at the Final Disposition Hearing.

Defendant's bail conditions continued as previously set.

Evidentiary Hearing on Petition to Revoke Supervised Release **VACATED** as moot.

Parties will be informed of date for Final Disposition Hearing.

At 9:47 a.m. court adjourned.

DATE: **JUNE 27, 7002**     DEPUTY CLERK'S INITIALS: **CLW**