Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT A. MCCLOUD,<br><br>　　　　　Defendant. | Case No. 3:03-cr-0128-JKS<br><br>NON-OPPOSED MOTION FOR<br>AUGUST DISPOSITION DATE |

　　　　Defendant, Scott A. McCloud, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an August (or later) disposition date. This motion is non-opposed by Assistant United States Attorney Retta Rae Randall.

　　　　Mr. McCloud has admitted a single allegation of cocaine use in a petition to revoke supervised release.  The matter has not yet been set for disposition hearing. He requests an extended disposition date for the following reasons.

First, counsel for Mr. McCloud is on leave of absence and unavailable for the entire month of July. Mr. McCloud will benefit from undersigned counsel's knowledge of the history of the case.

Second, Mr. McCloud is actively seeking to show rehabilitation effort by participating in Narcotics Anonymous and counseling. Also, he is gainfully employed. More time to observe Mr. McCloud's potential success in these activities will aid the court in deciding the disposition.

DATED this 28th day of June, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 28, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni