UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT A. MCCLOUD,<br><br>    Defendant. | Case No. 3:03-cr-0128-JKS<br><br>ORDER SCHEDULING<br>DISPOSITION HEARING |

After due consideration of defendant's unopposed motion for August disposition date, the court GRANTS the motion. A disposition hearing is scheduled in this matter for _____, 2007, at _____ a.m./p.m.

DATED this ____ day of _____, 2005 in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge