Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT A. MCCLOUD,<br><br>            Defendant. | Case No. 3:03-cr-0128-JKS<br><br>**DEFENDANT'S PRE-DISPOSITION MEMORANDUM** |

Defendant, Scott A. McCloud, by and through counsel Michael Dieni, Assistant Federal Defender, submits the following memorandum in aid of the court's consideration of the disposition hearing now set for Monday, August 20, 2007.

At the time this petition to revoke was filed, Mr. McCloud was set to complete supervision on July 29, 2007. Though disheartening, the drug use relapse does not necessitate revoking supervision and putting Mr. McCloud in prison. By contrast, the overall record supports allowing supervision to expire without further sanction.

Mr. McCloud has made great strides toward personal recovery. During the past four years his accomplishments include the following:

- Achieved independence in his living arrangements;
- Paid his entire restitution debt;
- Maintained employment;
- Followed through on therapy for over two years;
- Continued to battle a life-long addiction to cocaine.

The most important aspect of Mr. McCloud's successes has been a process of self-discovery. To achieve this goal he has consistently participated in psychotherapy over the past two years. His therapist speaks highly of Mr. McCloud's diligence and positive outlook. (Exhibit A)

At the early stages of this process, Mr. McCloud's family was extremely upset with him. As the court may recall, it was Mr. McCloud's mother whose checks were swiped, which was the basis for the offense. He had lived with her as an adult for fifteen years. Since then, Mr. McCloud has earned respect and hope from his family. His older brother, Craig McCloud, has written a letter of support in this regard. (Exhibit B)

Throughout the down times, Mr. McCloud has maintained employment. (Exhibit C) This achievement should not be underestimated. Many people who labor under the affects of a drug addiction fail to maintain a job. The process of getting up and going to work, and doing the work well, is a keystone for long term success, and

Mr. McCloud, despite his setbacks, has never lost sight of the importance of keeping a job.

Finally, and most important, is that Mr. McCloud has not given up on himself. He has soldiered on, as he must, even with the relapses. He has put some of his thoughts in the attached letter to the court. (Exhibit D)

Incarceration as a response to a single positive UA should be applied only if it is "necessary" to meet the goals of the key provisions of 18 U.S.C. §3553(a). 18 U.S.C. §3583. Revocation of supervision is not required unless the defendant records more than three positive UA's over the course of a year. 18 U.S.C. §3583(g).

Here, the positive aspects of Mr. McCloud's accomplishments suggest that he does not need further deterrence. By working hard to cover his restitution debt, and trying his best to improve himself through therapy, he has largely settled his debt to society.

DATED this 15th day of August 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mike_dieni@fd.org

<u>Certification:</u>
I certify that on August 15, 2007,
a copy of the **_Defendant's Pre-Disposition Memorandum_** was served electronically on:

Retta-Rae Randall, Esq.

and on August 16, 2007, a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Michael D. Dieni