*Men & Women Center*

August 10, 2007

To Whom It May Concern:

Scott McCloud has received psychotherapy treatment under my care on a regular basis for the past several years. Mr. McCloud has established a positive therapeutic alliance with me and he is reliable in attendance for therapy sessions. While Mr. McCloud has had several set-backs during this time period, with several relapses on cocaine and one episode of stealing, he has gained insight into his long-standing pattern of self-defeating behaviors. With greater insight and trust he has been willing to identify obstacles that contribute to relapse and he has remained motivated to maintain positive changes in his life. Mr. McCloud has made significant gains over this time period and although relapse remains a possibility he has sustained a lengthy period of sobriety during which time he has become emotionally healthier and stronger.

Several factors contribute favorably to Mr. McCloud's recovery prognosis which includes a close and supportive family, steady employment with career objectives and an active faith-practice with 12-step meeting attendance. He is developing healthy leisure activities and positive social supports, yet an adequate support network is still lacking. Mr. McCloud must practice mobilizing healthy coping strategies during periods of personal struggle and self-doubt. It is essential that he continues these activities and follows recommendations from 12-step meetings and continues in weekly psychotherapy sessions with me. It is critical that he develop healthy sober-leisure activities and pro-social friendships in the community to address feelings of loneliness that can contribute to relapse.

Please feel free to contact me if I can be of further assistance.

Respectfully Submitted,

*[signature]*

Douglas White, LCSW, NCAC II
Licensed Clinical Social Worker, AK License #573
Nationally Certified Addictions Counselor, Level II

*600 Cordova St., Suite 3, Anchorage, Alaska 99501*