To: Judge Singleton
From: Craig McCloud

I am the brother of Scott McCloud, have been a member of the Anchorage community for 36 years, currently an Operations Manager with Doyon Universal Services and would like to submit some information for your review of his case.

While I believe my brother has made mistakes in his past, I also think he is on the road to recovery, especially lately as he has been recognized as a star employee at work and his counselor and pastor have attested to his latest improvements and progress. He has developed a positive outlook mentally and appears to be in a process of transformation towards becoming a good citizen in the community.

I hope this letter will serve as some testimony as to his recent progress and I am asking for your compassion with regard to his future, I believe that time behind bars would not benefit Scott. Instead perhaps a regimen of regular drug testing and monitored counselor visits would be more appropriate.

Thank you for your consideration,

Craig McCloud

Exhibit B - Page 1 of 1