**MIDNIGHT SUN<br>
TRANSPORTATION SERVICES, INC.**<br>
2040 E 79TH<br>
Anchorage, AK 99507

---

June 26, 2007

To Whom It May Concern:

Scott Mccloud was employed at Midnight Sun from August 20, 2006 to April 16th, 2007. As a result of Scott's performance history and the fact that he gave me two a weeks notice, enables him to be re-hired should he apply.

*[signature]*

R C Onstott
General Manager

Exhibit C - Page 1 of 2

RAMSEY & SONS TRUCKING
PO BOX 232806
ANCHORAGE AK 99523

June 18, 2007

To whom it may concern:

Scott McCloud has worked for Ramsey & Sons Trucking since April, 2007. He has been a very loyal employee. He has been on time and has worked his entire shift since the beginning. He follows directions and carries out orders to the letter. Scott has always been courteous to our customers and other employees. Scott works with very little supervision. I feel Scott has proven himself to be an asset to our company and a valued employee.

If you have any further questions or require further information please do not hesitate to contact me directly at (907)727-3366.

Sincerely,

*Laura A. Ramsey*
Laura A. Ramsey
Owner
Ramsey & Sons Trucking

Exhibit C - Page 2 of 2