To: Judge Singleton
From: Scott McCloud

Your Honor:

It is with all due respect that I write this letter of appeal for leniency in the matter of my immediate future. For 3 years I have been committed to life changing practices in programs of recovery – spiritually, emotionally, physically and financially. I am working hard to be as accountable and responsible as I can. I've learned to recognize my poor thinking patterns and to stop myself from engaging in poor behavior. I have learned to like myself again and I feel that I have established and set forth a foundation upon which I can continue to rehabilitate my life. I have the support of family, friends, my church, my counselor, my employer and a sound network of resources which enable me to grow.

It is with great regret that I must appear before you for any reason. I am a recovering addict and I regret the poor choices I have made in my past. Whatever the outcome of your decision is, I am truly sorry for my mistakes.

I thank you for taking the time to read this and my hope is that you will consider the progress I have made and allow me to serve the conditions of your decision on the outside of prison instead of returning to square one.

Most sincerely,

Scott McCloud