NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00128-JKS |
|---|---|---|
| Plaintiff, | ) | **DISPOSITION MEMORANDUM OF THE UNITED STATES OF AMERICA** |
| vs. | ) | |
| SCOTT A. MCCLOUD, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and respectfully requests that the Court sentence the defendant to ten months in jail for once again violating the rules of his supervision by using illegal drugs. On July 31, 2006, at a previous disposition hearing, this court promised Mr. McCloud that if there was anymore theft or use of drugs, the defendant would receive the maximum

sentence the court could impose. Technically, that sentence could be two years. Mr. McCloud is a continuing danger to the community with his ongoing substance abuse, and uses his addiction as an excuse to continue with his "recreational" drug use.

The exhibits presented by the defendant clearly show that Mr. McCloud can easily obtain and maintain employment. His employment - driving trucks - continues with his employers' knowledge of the drug use. The defendant has received every form of treatment available, and "has received psychotherapy treatment ... on a regular basis for the past several years." See Exhibit A to Defendant's Pre-Disposition Memorandum. The defendant considers himself a recreational drug user and will maintain that lifestyle - oblivious to whether his continuing use makes him a danger to others.

Mr. McCloud needs to be sentenced to ten months in jail to protect the public, promote respect for the law, and to afford adequate deterrence to criminal conduct. See 18 U.S.C. § 3553(a). The credibility of the court is also at issue. Perhaps a period of significant incarceration will remove Mr. McCloud from his access to drugs long enough to assist him in finally quitting. Mr. McCloud should no longer be pampered

by the system, but made to serve time. A sentence of ten months with no supervision to follow is more than justified.

RESPECTFULLY SUBMITTED this 16th day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007,
a copy of the foregoing was served
electronically on:

Michael Dieni
Asst. Federal Public Defender
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

and by fax to Beth Mader, U.S. Probation Officer

s/ Retta Rae Randall

U.S. v. McCloud
3:03-cr-00128-JKS                               3