MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___SCOTT MCCLOUD___ CASE NO.___3:03-CR-00128-JKS___

Defendant: _X_Present _X_On Bond

BEFORE THE HONORABLE:_____JAMES K. SINGLETON_____

DEPUTY CLERK/RECORDER:_____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY:_____RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY:_____MICHAEL DIENI_____

U.S.P.O.:_____ERIC ODEGARD_____

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 66) HELD 08/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:40 p.m. court convened.

Court and counsel heard re Final Disposition Hearing on Petition
to Revoke Supervised Release (DKT 66) and possible witness
testimony.

At 1:49 p.m. court recessed until 2:00 p.m.

Burt Ramsey sworn and testified on behalf of the defendant.

Victim Impact statement heard.

Closing arguments heard.

Supervised Release revoked.

Defendant imprisoned for a period of 6 Months._____

Defendant shall remain on bond and report to the U.S. Marshal not
later than **4:30 p.m. September 4, 2007.**_____

On motion of the U.S. Attorney, remaining Allegation 2 of the
Petition to Revoke Supervised Release **DISMISSED**.

List of Exhibits filed separately.

Court advised defendant of appeal rights.

At 2:53 p.m. court adjourned.


DATE:_____August 20, 2007_____ DEPUTY CLERK'S INITIALS:___CME___

Revised 6-18-07