

RECEIVED
AUG 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

SCOTT A. MCCLOUD

4th
AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 10/29/03)
Case Number: 3:03-CR-00128-JKS
Michael Dieni
Defendant's Attorney

Defendant's probation officer filed a petition on 05/22/2007 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Use of Cocaine | 04/26/2007 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AUGUST 20, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

08/21/2007
Date

AO245.REV

Defendant: SCOTT MCCLOUD                4thAmended Judgment--Page __2__ of __3__
Case No.:  __3:03-CR-00128-JKS__

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __6 Months._____.

NO TERM OF SUPERVISION TO FOLLOW

[_]  The court makes the following recommendations to the Bureau of Prisons:

[_]  The defendant is remanded to the custody of the United States Marshal.

[X]  The defendant shall surrender to the United States Marshal for this district,

    [X]  at __NO LATER THAN 4:30 P.M.__ on __September 4, 2007__.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

Defendant: SCOTT MCCLOUD  
Case No.: 3:03-CR-00128-JKS

4thAmended Judgment--Page 3 of 3

## SUPERVISED RELEASE

Defendant's supervised release is Revoked and no term of supervision to follow.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV