# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

**Courthouse**

#28, Room 170

99513

Federal Building and US

222 W. Seventh Avenue

Anchorage, Alaska

To: US District Court
US Attorney
US Probation
Federal Public Defenders

From: Randy M. Johnson
United States Marshal
District of Alaska

RE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | MCCLOUD, Scott Allen |
| DATE OF BIRTH: | |
| CHARGE: | Failing to Appear for Service of Sentence |
| CASE NUMBER: | 3:03-cr-00128-JKS |
| PLACE HELD: | USMS Cellblock |
| DATE OF ARREST: | 09/07/2007 |
| TIME OF ARREST: | 1035 hrs. |
| PLACE ARRESTED: | Anchorage, AK |
| ARRESTED BY: | USMS |

BOOKED IN ENGLISH:   YES __X__   NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM Rochelle Liedike AT (907) 271-5170 or (907) 632-3413. THANK YOU.

SCANNED