AO 442   (Rev. 05/07) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA


RECEIVED
SEP 07 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Scott A. McCloud

**WARRANT FOR ARREST**

Case Number:   3:03-cr-00128-JKS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Scott A. McCloud _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment       ☐ Information       ☐ Complaint       ☒ Order of court

☐ Pretrial Release       ☐ Probation            ☐ Supervised Release       ☐ Violation Notice
   Violation Petition       Violation Petition       Violation

charging him or her with   (brief description of offense)

Failing to Appear for Service of Sentence as directed in Docket 80, Amended Judgment in a Criminal Case, case 3:03-cr-00128-JKS

in violation of Title _____ United States Code, Section(s) _____

John W. Sedwick
Name of Issuing Officer

REDACTED SIGNATURE
Signature of Issuing Officer

Chief U.S. District Court Judge
Title of Issuing Officer

Anchorage
Date and Location

9-5-07

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

ANCHORAGE, AK

| DATE RECEIVED 9/5/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/7/07 | USMS | R. Snyder |