```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   SCOTT MCCLOUD     CASE NO.  3:03-CR-00128-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:           MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER, APPOINTED

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON FAILING TO APPEAR FOR SERVICE
             OF SENTENCE HELD 09/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court appointed Federal Public Defender for this hearing, FPD
accepted appointment; FPD notified.

Court and counsel heard re defendant's failure to remand for
sentence.

Defendant remanded into U.S. Marshal Custody.

At 9:03 a.m. court adjourned.




DATE:    September 10, 2007     DEPUTY CLERK'S INITIALS:   CME


Revised 6-18-07
```